**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco BERRELLEZA–TORRES,
Defendant–Appellant.**

**No. 09–10385.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Randall M. Howe, Esquire, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alex D. Gonzalez, Esquire, Gonzalez & Smith PC, Chandler, AZ, for Defendant–Appellant.

Francisco Berrelleza–Torres, Florence, AZ, pro se.

Before: SILVERMAN, CALLAHAN, N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Francisco Berrelleza–Torres appeals from his guilty-plea conviction and 27–month sentence imposed for re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Berrelleza–Torres' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

